UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :

MARK S. BAKER
                                              : Bankruptcy No. 17-14271JKF
          Debtor(s)                           : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*(signature)*

**Date: November 30, 2017**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

GARY E THOMPSON ESQ
882 S MATLACK STREET
SUITE 101
WEST CHESTER PA 19382-

MARK S. BAKER
47 PENN AVENUE
COATESVILLE,PA.19320