United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14271-jkf
Mark S. Baker                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 2         Date Rcvd: Dec 01, 2017
                        Form ID: pdf900   Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2017.
```
db          +Mark S. Baker,    47 Penn Avenue,    Coatesville, PA 19320-3922
cr          +Chester County Auto Finance,    c/o John A. Gagliardi, Esq.,
             Wetzel Gagliardi Fetter & Lavin LLC,    101 E. Evans St., Ste. A,    West Chester, PA 19380-2600
13947077     Academic Urology UCCC West Chester,    1135 Situs Court, Ste 350,    Raleigh, NC 27606
13981999     Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14007743    +Chester County Auto Finance,    c/o John A. Gagliardi, Esq.,    101 E. Evans St., Ste. A,
             West Chester, PA 19380-2600
13937806    +Chestger County Auto Finance,    550 Hannum Avenue,    West Chester, PA 19380-2202
13937807    +Chrysler Capital,    1010 W Mockingbird Lane,    Ste 100,    Dallas, TX 75247-5126
13951755    +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
13937808     Citadel Fcu,    2 Inn Road,    Thorndale, PA 19372
13937809    +Fifth Third Bank,    POB 740789,    Cincinnati, OH 45274-0789
13949673    +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Dec 01 2017 07:38:34     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 01 2017 07:38:12
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 01 2017 07:38:27     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13975707    +E-mail/Text: csc.bankruptcy@amwater.com Dec 01 2017 07:38:45     American Water,    PO Box 578,
             Alton, IL 62002-0578
14011587    +E-mail/Text: bankruptcycollections@citadelbanking.com Dec 01 2017 07:38:41
             Citadel Federal Credit Union,    520 Eagleview Blvd,    Exton, PA 19341-1119
13953326     E-mail/Text: mrdiscen@discover.com Dec 01 2017 07:37:55     Discover Bank,
             Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14002860     E-mail/PDF: resurgentbknotifications@resurgent.com Dec 01 2017 07:37:33
             LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14009766     E-mail/PDF: resurgentbknotifications@resurgent.com Dec 01 2017 07:37:27
             LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
             FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14000269    +E-mail/Text: bankruptcydpt@mcmcg.com Dec 01 2017 07:38:19     MIDLAND FUNDING LLC,
             PO Box 2011,    Warren, MI 48090-2011
13937810    +E-mail/Text: bankruptcygroup@peco-energy.com Dec 01 2017 07:38:00     PECO Energy,    POB 8699,
             Philadelphia, PA 19101-8699
13967814    +E-mail/Text: bankruptcygroup@peco-energy.com Dec 01 2017 07:38:00     PECO Energy Company,
             2301 Market Street,    S4-1,    Phialdelphia, PA 19103-1380
13938717    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 01 2017 07:37:27
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13991725    +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 01 2017 07:38:25     Premier Bankcard, Llc,
             Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
13989961     E-mail/Text: bnc-quantum@quantum3group.com Dec 01 2017 07:38:02
             Quantum3 Group LLC as agent for,    Genesis Consumer Funding LLC,    PO Box 788,
             Kirkland, WA  98083-0788
13938987    +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2017 07:37:32     Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13988092     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 01 2017 07:37:40     Verizon,
             by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                             TOTAL: 16
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
r            Re/Max Services, Inc.
cr*         +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: YvetteWD             Page 2 of 2                   Date Rcvd: Dec 01, 2017
                              Form ID: pdf900            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              GARY E. THOMPSON    on behalf of Debtor Mark S. Baker get24esq@aol.com
              JOHN A. GAGLIARDI    on behalf of Creditor    Chester County Auto Finance jgagliardi@wgflaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                               :

MARK S. BAKER
                                                     : Bankruptcy No. 17-14271JKF
        Debtor(s)                                    : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

Jean K. FitzSimon, B. J.

**Date: November 30, 2017**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

GARY E THOMPSON ESQ
882 S MATLACK STREET
SUITE 101
WEST CHESTER PA 19382-

MARK S. BAKER
47 PENN AVENUE
COATESVILLE,PA.19320